THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Jeff Haworth



**FILED**

FEB 1 2 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HAWORTH, | Case No. 1:07-CV-1757-LJO-SMS |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| ELIAS and NUHA ASI, | |
| Defendants. | |

_____/

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

Date: February 9, 2008

S/THOMAS N. STEWART, III
Attorney for Plaintiff

Dated: February 12, 2008   It is So Ordered.   _____
Honorable Lawrence J. O'Neill
U.S. District Judge

1:07-CV-1757-LJO-SMS                    1